# Exhibit A

## Financial Projection

The financial projection and profit from this project can be calculated on the estimated amount of the settlement on surgical removal/revision cases verses exposure cases where the women did not have surgery.

It is important to understand that the law firms representing these women must have the correct ratio of surgical to nonsurgical cases. The rationale behind this is simple. The Defendants who manufactured these products answer to stock holders. When a settlement is announced on a global level, the defendants want to publish a low per case settlement average. In the case of ▇▇▇ they agreed to settle 20,000 cases for $830 million dollars. That is a case average of $41,500 per case. What is not published in that settlement announcement is how the monies are allocated. In order for the law firm to secure the $830 million they are required to secure general releases from 95% of their clients. Approximately 85 percent of the law firms cases in this settlement are non-surgical, meaning 17,000 women did not have surgical care. There is a clear and distinctive value difference between a non-surgical and surgical case (as evidenced by the jury verdicts and awards being published). The women who **did not have** surgery can expect to receive a settlement in the range of $15,000.00 using up $255 million of the $830 million. This leaves $575 million to compensate the women who underwent extensive surgery to remove the mesh product. The monies reserved to resolve the surgical cases will average $230,000.00 per case. It has been projected through law firms which we work with that surgical cases will be resolved in a global settlement ranging between $160,000 to $300,000 depending on the clients out of pocket expenses and damages.

The projected financial return on each case will be no lower than $55,000 and up to $75,000. The illustration below is an example table of the returns we expect to achieve:

| Provider Location | Global Bills | Total Investment | Amount Returned | Profit Percentage |
|---|---|---|---|---|
| Georgia | $55,000 | $22,000 | $55,000 | 150% |
| Orlando | $71,000 | $28,400 | $60,000 | 111% |
| Central Florida | $60,000 | $24,000 | $60,000 | 150% |
| South Florida | $86,000 | $34,400 | $70,000 | 103% |

The women who present to Surgical Assistance, Inc. are predominately represented by one law firm. That law firm currently has a ratio of 5 nonsurgical clients for every 1 surgical client. The projections above are a realistic outline based on the present environment of transvaginal mesh cases. With verdicts being announced almost every week in favor of the plaintiffs, the Defendants are moving rapidly to resolve these cases. The window of opportunity will only remain open for another 8 to 12 months.

Our proposal is the investor take the first 160 percent above the acquisition cost, and split any monies remaining thereafter with Medical Funding Consultants, LLC 50/50. (Example: Investor pays case acquisition of $22,000.00. The medical bills are settled for the full amount of $55,000.00. The investor is first to recoup its initial investment of $22,000 and a 60 percent profit = $35,200.00. The difference between $55,000 and $35,200 be split equally between Medical Funding Consultants, LLC and the investor 50/50 = $9,900.00 a piece.

Total return for the investor is 205% within 24 to 36 months.

Medical Funding Consultants, LLC
Providing the missing piece to medical funding

HIGHLY CONFIDENTIAL –
PRODUCED IN RESPONSE TO DOJ SUBPOENA
AND SUBJECT TO 18 U.S.C. § 3486

MFS 0000694
AMS_MESH_DOJ_00062985

AMS_MESH_DOJ_00062985